DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES FREDERICK SCHOOLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0178

————————————————

March 27, 2026

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

James Frederick Schooler, pro se.

Samuel B. Boundy, Assistant County Attorney, New Port Richey, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior publication.